IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JOHN WOODWARD ICKES, JR.,**

    Petitioner,

v.                                       Civil Action No. **3:14CV28**

**WARDEN OF THE GREENVILLE CORRECTIONAL CENTER,**

    Respondent.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Ickes's objections are OVERRULED.

2. The Report and Recommendation is ACCEPTED and ADOPTED.

3. Respondent's Motion to Dismiss (ECF No. 13) is GRANTED.

4. The Motion to Compel (ECF No. 27) is DENIED.

4. Ickes's claims and the action are DISMISSED.

Should Ickes desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Ickes and counsel of record.

And it is so ORDERED.

Date: 3-2-15
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge